

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00897-CV

**IN THE INTEREST OF E.P.A.** and E.C.A., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02451
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED May 17, 2023.

_____
Patricia O. Alvarez, Justice